<u>**CAUSE NO. 2:15-CV-02402 PSG (JCx)**</u>

| | | |
|---|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., | § | |
| **PLAINTIFF** | § | |
| | § | IN THE UNITED STATES DISTRICT COURT, |
| VS. | § | CENTRAL DISTRICT OF CALIFORNIA |
| | § | |
| HEWLETT-PACKARD COMPANY, | § | |
| **DEFENDANT** | § | |
| | § | |

<u>**RETURN OF SERVICE**</u>

**ON Monday, April 13, 2015 AT 02:30 PM** - SUMMONS, COMPLAINT, NOTICE OF ASSIGNMENT, STANDING ORDER REGARDING NEWLY ASSIGNED CASES, ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) **CAME TO HAND.**

 **ON Tuesday, April 14, 2015 AT 01:25 PM, I, GARY HANSEN, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** HEWLETT-PACKARD COMPANY, C/O REGISTERED AGENT CT CORPORATION SYSTEM, BY DELIVERING TO KIRSTIN EDRALIN, CORPORATE OPERATIONS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE, 818 WEST SEVENTH STREET, LOS ANGELES, LOS ANGELES COUNTY, CA 90017.


My name is GARY HANSEN. My address is 9530 IMPERIAL HWY. # D, DOWNEY, CA 90242, USA. My date of birth is February 7, 1953. I am over the age of 18, and have no interest in this case. I am authorized to serve process within the state of CA. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in LOS ANGELES County, CA, on Tuesday, April 14, 2015.


/S/ GARY HANSEN



DocID: P228292_1

ACA074

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Nexus Display Technologies LLC | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:15-cv-02402 PSG (JCx) |
| Hewlett-Packard Company | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hewlett-Packard Company
c/o Registered Agent, C T Corporation System
818 West Seventh St. 2nd Fl.
Los Angeles, California 90017


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alisa Lipski
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  04/03/2015                                                                                         B. Moss

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-02402 PSG (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: