ANDREW V. DEVKAR (CA SBN 228809)
**MORGAN, LEWIS & BOCKIUS LLP**
andrew.devkar@morganlewis.com
1601 Cloverfield Blvd., Suite 2050N
Santa Monica, CA 90404-4082
Telephone: 310-255-9070
Fax:          310-907-2000

ADAM A. ALLGOOD (CA SBN 295016)
aallgood@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Tel:   713.890.5000
Fax:   713.890.5001

Attorneys for Defendant and Counter-Plaintiff
HEWLETT-PACKARD COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | **Case No.** 2:15-CV-02402-TJH-JC<br><br>**Hon. Terry J. Hatter, Jr.**<br><br>**DEFENDANT HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>**DEMAND FOR JURY TRIAL** |
| HEWLETT-PACKARD COMPANY,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hewlett-Packard Company ("HP") certifies through the undersigned counsel that HP has no parent corporation and that, as of the date of this Statement, HP knows of no publicly held corporation that owns ten percent or more of its issued and outstanding common stock.

Dated:        June 4, 2015          MORGAN, LEWIS & BOCKIUS LLP
                                    ANDREW V. DEVKAR (228809)

                                    By  /s/ Andrew Devkar
                                        ANDREW V. DEVKAR (SBN 228809)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        andrew.devkar@morganlewis.com
                                        1601 Cloverfield Blvd., Suite 2050N
                                        Santa Monica, CA 90404-4082
                                        Telephone:  310-255-9070
                                        Fax:        310-907-2000

                                        ADAM A. ALLGOOD (CA SBN 295016)
                                        aallgood@morganlewis.com
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1000 Louisiana Street, Suite 4000
                                        Houston, TX 77002
                                        Tel:   713.890.5000
                                        Fax:   713.890.5001

                                        Attorneys for Defendant and Counter-Plaintiff
                                        HEWLETT-PACKARD COMPANY