1  DOUGLAS Q. HAHN, State Bar No. 257559
     dhahn@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH, P.C.
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Telephone: (949) 725-4000
4  Facsimile: (949) 725-4100

5  ALISA A. LIPSKI
     alipski@azalaw.com
6  AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
   1221 McKinney, Ste. 3460
7  Houston, TX 77010
   Telephone: (713) 655-1101
8  Facsimile: (713) 655-0062

9  Attorneys for Plaintiff
   Nexus Display Technologies LLC
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| NEXUS DISPLAY TECHNOLOGIES LLC., | CASE NO. 2:15-cv-02402 |
|---|---|
| Plaintiff, | Honorable Terry J. Hatter, Jr. |
| vs. | **NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN** |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2117209v1/101022-0113

1    PLEASE TAKE NOTICE that Douglas Q. Hahn of Stradling, Yocca,
2  Carlson, & Rauth, P.C. hereby appears on behalf of Plaintiff Nexus Display
3  Technologies LLC in the above-captioned action.
4    Plaintiff hereby requests that all notices given or required to be given in this
5  case, and all papers served or required to be served in this case be given to and
6  served upon the undersigned at the address, telephone number and email address
7  indicated above.
8    I certify that I am admitted to practice before this Court.

10   DATED:  June 11, 2015          STRADLING YOCCA CARLSON &
                                    RAUTH, P.C.

12                                  By:  */s/ Douglas Q. Hahn*
                                         Douglas Q. Hahn
                                         Attorneys for Plaintiff
                                         Nexus Display Technologies LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN
LITIOC/2117209v1/101022-0113