Name and address:
Jason F. Muriby
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NEXUS DISPLAY TECHNOLOGIES, LLC, | CASE NUMBER |
|---|---|
| v.     Plaintiff(s) | 2:15-cv-02402-TJH-JC |
| HEWLETT-PACKARD COMPANY,  Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [22] |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Muriby, Jason F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 890-5000   (713) 890-5001
*Telephone Number*   *Fax Number*

jmuriby@morganlewis.com
*E-Mail Address*

of  Morgan Lewis & Bockisu LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Hewlett-Packard Company

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☒ Defendant   ☐ Other: ____

and designating as Local Counsel
Devkar, Andrew V.
*Designee's Name (Last Name, First Name & Middle Initial)*

228809   (310) 255-9070
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 907-2000
*Fax Number*

of  Morgan Lewis & Bockius LLP
1601 Cloverfield Blvd.
Suite 2050N
Santa Monica, CA 90404-4082
*Firm Name & Address*

andrew.devkar@morganlewis.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  JULY 6, 2015

*/s/ Terry J. Hatter, Jr.*
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13) (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1