Name and address:
Rick L. Rambo
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>                                              Plaintiff(s),<br>v.<br>HEWLETT-PACKARD COMPANY,<br><br>                                              Defendant(s). | CASE NUMBER<br><br>2:15-cv-02402-TJH-JC<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**
(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Rambo, Rick L.

*Applicant's Name (Last Name, First Name & Middle Initial)*

Morgan, Lewis & Bockius, LLP

*Firm Name*

| 1000 Louisiana Street | (713) 890-5000 | (713) 890-5001 |
|---|---|---|
| Suite 4000 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Houston, TX 77002 | rrambo@morganlewis.com | |
| *City, State, Zip Code* | *E-Mail Address* | |

**I have been retained to represent the following parties:**

| Hewlett-Packard Company | ☐ Plaintiff   ☒ Defendant   ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff   ☐ Defendant   ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Texas State Bar | 11/04/1994 | Yes |
| Southern District of Texas | 07/14/1995 | Yes |
| Eastern District of Texas | 08/05/1996 | Yes |
| Northern District of Texas | 10/07/1996 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:12-cv-01040-JRA | Bennett Regulator v. McJunkin Red Man | 12/12/2012 | Granted |
| 1:12-cv-06286 | In Re: UMS, Patent Litigation | 05/03/2011 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

NONE

Have you previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  06/11/2015                    Rick L. Rambo
                                     *Applicant's Name (please type or print)*

                                     /s/ Rick L. Rambo
                                     *Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Devkar, Andrew V.
*Designee's Name (Last Name, First Name & Middle Initial)*

Morgan, Lewis & Bockius, LLP
*Firm Name*

1601 Cloverfield Blvd.
Suite 2050N
*Street Address*

Santa Monica, CA 90404-4082
*City, State, Zip Code*

(310) 255-9070
*Telephone Number*

(310) 907-2000
*Fax Number*

andrew.devkar@morganlewis.com
*E-Mail Address*

Calif. State Bar No. 228809
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated  June 11, 2015

Andrew V. Devkar
*Designee's Name (please type or print)*

*(signature)*
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Courts to which you have been admitted (Cont'd):

Western District of Texas, admitted: 09/09/2007. Yes, in Good Standing.
District of Columbia (DC Bar No. 452849), admitted 11/08/1996. Yes, in Good Standing.
District of Colorado (Colorado Bar No. 29257), admitted 03/09/1998. Yes, in Good Standing.
Court of Appeals for the Federal Circuit, admitted 11/02/2007. Yes, in Good Standing.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 7, 2015

Re:   R. L. Rambo, State Bar Number 00791479

To Whom It May Concern:

This is to certify that Mr. R. L. Rambo was licensed to practice law in Texas on November 4, 1994, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Rambo's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa





### District of Columbia Court of Appeals
#### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## RICKY L. RAMBO

was on **NOVEMBER 8, 1996** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **June 22, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**RICK L RAMBO**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **9th** day of **March** A. D. **1998** and that at the date hereof the said **RICK L RAMBO** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **June** A. D. **2015**

*Christopher T. Ryan*
Clerk

By _____
Deputy Clerk