Name and address:
Rick L. Rambo
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>v. Plaintiff(s)<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-02402-TJH-JC<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rambo, Rick L.                                         of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 890-5000          (713) 890-5001
*Telephone Number*      *Fax Number*

rrambo@morganlewis.com
*E-Mail Address*

Morgan Lewis & Bockisu LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Hewlett-Packard Company

*Name(s) of Party(ies) Represented*            ☐ Plaintiff  ☒ Defendant  ☐ Other: _____

**and designating as Local Counsel**
Devkar, Andrew V.                                       of
*Designee's Name (Last Name, First Name & Middle Initial)*
228809                  (310) 255-9070
*Designee's Cal. Bar Number*   *Telephone Number*
                        (310) 907-2000
                        *Fax Number*

Morgan Lewis & Bockius LLP
1601 Cloverfield Blvd.
Suite 2050N
Santa Monica, CA 90404-4082
*Firm Name & Address*

andrew.devkar@morganlewis.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge