Name and address:
Rick L. Rambo
Morgan Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC, <br><br> v. Plaintiff(s) <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | CASE NUMBER <br> 2:15-cv-02402-TJH-JC <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* (24) |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rambo, Rick L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 890-5000            (713) 890-5001
*Telephone Number*        *Fax Number*

rrambo@morganlewis.com
*E-Mail Address*

of

Morgan Lewis & Bockisu LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Hewlett-Packard Company

Name(s) of Party(ies) Represented        ☐ Plaintiff  ☒ Defendant  ☐ Other:

and designating as Local Counsel
Devkar, Andrew V.
*Designee's Name (Last Name, First Name & Middle Initial)*

228809                     (310) 255-9070
*Designee's Cal. Bar Number*  *Telephone Number*

(310) 907-2000
*Fax Number*

of

Morgan Lewis & Bockius LLP
1601 Cloverfield Blvd.
Suite 2050N
Santa Monica, CA 90404-4082
*Firm Name & Address*

andrew.devkar@morganlewis.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated 7/22/15

*[signature: Terry J. Hatter, Jr.]*

U.S. District Judge/~~U.S. Magistrate Judge~~