Amir H. Alavi
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NEXUS DISPLAY TECHNOLOGIES LLC., | CASE NUMBER 15-cv-02402-TJH-JC |
|---|---|
| v. Plaintiff(s) | |
| HEWLETT-PACKARD COMPANY. Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Alavi, Amir H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010
*Firm Name & Address*

713-655-1101         713-655-0062
*Telephone Number*    *Fax Number*

aalavi@azalaw.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*         ☒ Plaintiff   ☐ Defendant   ☐ Other:

**and designating as Local Counsel**

Hahn, Douglas Q.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
*Firm Name & Address*

257559               949-725-4138
*Designee's Cal. Bar Number*    *Telephone Number*

                     949-823-5138
                     *Fax Number*

dhahn@sycr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**