Amir H. Alavi

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing

1221 McKinney Street, Suite 3460

Houston, Texas  77010

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NEXUS DISPLAY TECHNOLOGIES LLC,

Plaintiff(s)

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

CASE NUMBER

2:15-cv-02402-TJH-JCx

**ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HACE VICE[27]***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Alavi, Amir H. — of
*Applicant's Name (Last Name, First Name & Middle Initial)*

713-655-1101        713-655-0062
*Telephone Number*    *Fax Number*
aalavi@azalaw.com
*E-Mail Address*

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing
1221 McKinney Street, Suite 3460
Houston, Texas 77010

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*_____

**and designating as Local Counsel**

Hahn, Douglas Q. — of
*Designee's Name (Last Name, First Name & Middle Initial)*

257559        949-725-4138
*Designee's Cal. Bar Number*   *Telephone Number*

949-823-5138
*Fax Number*

Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

*Firm Name & Address*

dhahn@sycr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated  AUGUST 18, 2015**

**U.S. District Judge/U.S. Magistrate Judge**