Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No.  2:15-cv-02402-TJH-JC<br><br>**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND SET SCHEDULE FOR DISCOVERY AND PRETRIAL MATTERS** |

This Stipulation is entered between Plaintiff Nexus Display Technologies, LLC ("NDT" or "Plaintiff") and Defendant Hewlett-Packard Company ("HP" or "Defendant"), by and through their respective counsel, with reference to the following:

1. WHEREAS, on April 1, 2015, Plaintiff filed a Complaint in the above-referenced matter;

2. WHEREAS, on June 8, 2015, the Court issued an Order setting the final pretrial conference for August 31, 2015;

3. WHEREAS, two related cases, Civil Action No. 2:15-cv-02401-JVS-

DFM; *Nexus Display Technologies LLC v. ASUSTek Computer Inc. et al.*; In the United States District Court for the Central District of California, Western Division and Civil Action No. 2:15-cv-02400-JVS-DFM; *Nexus Display Technologies LLC v. Acer Inc. et al.*; In the United States District Court for the Central District of California, Western Division (the "Asus and Acer Lawsuits") filed on the same date, are set for scheduling conference on August 24, 2015 before the Honorable James V. Selna;

    4.    WHEREAS, counsel for the parties have agreed to continue the final pretrial conference that is currently set for August 31, 2015 and to set a schedule applicable to discovery and pretrial matters in a manner that allows the parties to coordinate discovery, to the extent feasible, with the Asus and Acer Lawsuits;

    5.    WHEREAS, the parties represent that this stipulation is made in the interest of justice, not to delay the proceedings, and will not prejudice any party;

THEREFORE, the parties, through their undersigned counsel, hereby stipulate and move this Court for an order rescheduling the Final Pretrial Conference by three additional months until December 1, 2015, or other date preferred by this Court, and extending all related pretrial deadlines by three months.

This stipulation shall be without prejudice to any party seeking further modifications of the case schedule shall the facts and/or circumstances so warrant.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

|   |   |
|---|---|
|   | **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, MENSING** |
| Dated: August 18, 2015 | /s/ *Alisa A. Lipski* |
|   | Alisa A. Lipski<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney, Suite 3460<br>Houston, Texas 77010<br>Tel: 713-655-1101<br>Fax: 713-655-0062<br>Email: alipski@azalaw.com |
|   | Attorneys for Plaintiff Nexus Display Technologies LLC |
|   | **MORGAN, LEWIS AND BOCKIUS LLP** |
| Dated: August 18, 2015 | /s/ *Adam A. Allgood* |
|   | ANDREW V. DEVKAR (SBN 228809)<br>MORGAN, LEWIS & BOCKIUS LLP<br>andrew.devkar@morganlewis.com<br>1601 Cloverfield Blvd., Suite 2050N<br>Santa Monica, CA 90404-4082<br>Telephone:  310-255-9070<br>Fax:             310-907-2000 |
|   | RICK L. RAMBO (admitted *pro hac vice*)<br>rrambo@morganlewis.com<br>ADAM A. ALLGOOD (CA SBN 295016)<br>aallgood@morganlewis.com<br>JASON F. MURIBY (admitted *pro hac vice*)<br>jmuriby@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Tel:    713.890.5000<br>Fax:   713.890.5001 |
|   | Attorneys for Defendant and Counter-Plaintiff<br>HEWLETT-PACKARD COMPANY |

**ATTESTATION**

I, Alisa A. Lipski, am the ECF User whose ID and password were used to file this Joint Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Adam A. Allgood and Andrew V. Devkar have concurred in the aforementioned filing.

Dated: August 18, 2015        */s/ Alisa A. Lipski*
                              Alisa A. Lipski