Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No.  2:15-cv-02402-TJH-JC <br><br> **ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND SET SCHEDULE FOR DISCOVERY AND PRETRIAL MATTERS** |

The Court has read and considered the Stipulation to Continue the Final Pretrial Conference and Set a Schedule for Discovery and Pretrial Matters filed by the parties to this action.

Good cause appearing, IT IS ORDERED that:

The final pretrial conference is continued to December 1, 2015 or other date preferred by this Court, and all related pretrial deadlines are extended by three months.

Dated: _____          _____

The Honorable Terry J. Hatter Jr.
United States District Judge

1

PROPOSED ORDER