Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No.  2:15-cv-02402-TJH-JCx <br><br> **ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND SET SCHEDULE FOR DISCOVERY AND PRETRIAL MATTERS[29]** |

  The Court has read and considered the Stipulation to Continue the Final Pretrial Conference and Set a Schedule for Discovery and Pretrial Matters filed by the parties to this action.

  Good cause appearing, IT IS ORDERED that:

  The final pretrial conference is continued to **December 7, 2015 at 10:00 a.m**. and all related pretrial deadlines are extended by three months.

Dated: August 20, 2015  _____

       The Honorable Terry J. Hatter Jr.
       United States District Judge

1